# EXHIBIT "A"

*For Service*

DATE
TIME 11:59 AM
INITIALS

DAVIS, SAPERSTEIN & SALOMON P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff(s)

| | |
|---|---|
| LORI PALUSZEK AND ROBERT PALUSZEK, HER SPOUSE, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY |
| Plaintiff(s), | DOCKET NO. BER-L-3059-22 |
| - vs - | *Civil Action* |
| DAL-TILE CORPORATION, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES), | **SUMMONS** |
| Defendant(s). | |

**FROM THE STATE OF NEW JERSEY**
**TO THE DEFENDANT (S) NAMED ABOVE:**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                  /s/ *Michelle M. Smith*
                                          MICHELLE M. SMITH, Clerk

Dated: June 15, 2022

Name of Defendant to be served:    DAL-TILE CORPORATION
                                              7834 Hawn Freeway
                                              Dallas, TX  75217

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

```
BERGEN COUNTY COURTHOUSE
SUPERIOR COURT LAW DIV
BERGEN COUNTY JUSTICE CTR RM 415
HACKENSACK          NJ 07601-7680
                                              TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 221-0700
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:   JUNE 06, 2022
                          RE:     PALUSZEK LORI  VS DAL-TILE CORPORATION
                          DOCKET: BER L -003059 22

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS  450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON PETER G. GEIGER

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 527-2600.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                ATT: ROBERT H. BAUMGARTEN
                                DAVIS SAPERSTEIN & SALOMON PC
                                375 CEDAR LN
                                TEANECK          NJ 07666


ECOURTS
```

# Civil Case Information Statement

## Case Details: BERGEN | Civil Part Docket# L-003059-22

**Case Caption:** PALUSZEK LORI VS DAL-TILE CORPORATION
**Case Initiation Date:** 06/06/2022
**Attorney Name:** ROBERT HOWARD BAUMGARTEN
**Firm Name:** DAVIS SAPERSTEIN & SALOMON PC
**Address:** 375 CEDAR LN
TEANECK NJ 07666
**Phone:** 2019075000
**Name of Party:** PLAINTIFF : Paluszek, Lori
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** PRODUCT LIABILITY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** YES
**If yes, list docket numbers:** 2:22-cv-00659-KM-JRA
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Lori Paluszek?** NO

**Are sexual abuse claims alleged by: Robert Paluszek?** NO

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/06/2022
Dated

/s/ ROBERT HOWARD BAUMGARTEN
Signed

**Robert H. Baumgarten, Esq. - 001591985**
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff(s),

| | |
|---|---|
| Lori Paluszek and Robert Paluszek, her spouse | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY |
| Plaintiff(s), | DOCKET NO: BER-L- |
| - vs - | |
| Dal-Tile Corporation, John Does 1-10 (fictitious names representing unknown individuals) and/or XYZ Corps. 1-10 (fictitious names representing unknown corporations, partnerships and/or Limited Liability Companies or other types of legal entities) | Civil Action |
| Defendant(s). | COMPLAINT AND JURY DEMAND |

Plaintiffs Lori Paluszek and Robert Paluszek residing in the County of Bergen, 2150 Center Avenue, Fort Lee, New Jersey, 07024, by way of Complaint against the Defendants say:

-1-

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## FIRST COUNT

1. Defendant Dal-Tile Corporation is a foreign profit corporation authorized to do business in the State of New Jersey, with its main business address located at 7834 Hawn Freeway, Dallas, Texas, 75217.

2. Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10 are manufacturers, marketers, and distributors of tile and tile cardbord packaging.

3. On or about June 6, 2020, the Plaintiff Lori Paluszek was purchasing Daltile Porcelain Floor and Wall Tile, packed in cardboard packaging [hereafter the "Product], which was manufactured, marketed, advertised, tested, and/or sold by the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10.

4. On June 6, 2020, the Plaintiff Lori Paluszek was picking up tile boxes at the Home Depot store located at or near 1035 Route 1 South, in the Township of Edison, County of Middlesex, and the State of New Jersey.

5. At the aforesaid time and place, the Product unexpectedly broke apart, causing the tiles to fall on Plaintiff's right foot, thereby causing the Plaintiff to sustain servere personal injuries.

11. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries.

    a. physical pain and mental anguish in the past, present and future;
    b. disfigurement in the past, present and future;
    c. physical impairment in the past, present and future;
    d. past, present, and future impairment of activities of daily living;
    e. medical expenses in the past, present, and future;

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages, as follows:

    a)    Actual damages;

    b)    Compensatory damages;

    c)    Punitive damages;

    d)    Pre-judgment and Post-judgment interest;

    e)    Counsel fees in accordance with the Rules of Court;

    f)    Costs of suit;

    g)    What further relief the court deems necessary and appropriate, together with interest and costs of suit.

## SECOND COUNT (Product Liability)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First Count of the Complaint as if set forth at length herein verbatim.

2. At the time of the accident, the Product was unreasonably dangerous and not reasonably fit, suitable or safe for its intended use.

3. At the time of the accident, the Product was defective because it:

    a.    deviated from the formulae, or performance standards of Defendant or from otherwise identical Products manufactured to the same manufacturing specifications or formulae;

    b.    was designed in such a way as to make the Product unsafe, when safer, technologically feasible alternatives were available.

    c.    failed to warn the Plaintiff of known hidden dangers associated with the use of the Product under normal operating conditions.

-3-

4. The injuries caused by the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's defective product entitles the Plaintiff to recover under the various theories of product liability pursuant to applicable State laws and statutes.

5. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries:

   a. physical pain and mental anguish in the past, present and future;
   b. disfigurement in the past, present and future;
   c. physical impairment in the past, present and future;
   d. past, present, and future impairment of activities of daily living;
   e. medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, for damages, as follows:

   a) Actual damages;
   b) Compensatory damages;
   c) Punitive damages;
   d) Pre-judgment and Post-judgment interest;
   e) Counsel fees in accordance with the Rules of Court;
   f) Costs of suit;
   g) What further relief the court deems necessary and appropriate, together with interest and costs of suit.

### THIRD COUNT (Strict Liability)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First and Second Counts of the Complaint as if set forth at length herein verbatim.

-4-

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

2. At the time the Product entered the stream of commerce, it was unreasonably dangerous and not reasonably fit, suitable or safe for its intended purpose as defined by Section 402A of the Restatement of Torts (Second) and applicable State laws and statutes.

3. The injuries caused by the unreasonably dangerous and unfit Product entitles the Plaintiff to recover under theories of strict liability pursuant to applicable State laws and statutes.

4. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries.

    a. physical pain and mental anguish in the past, present and future;
    b. disfigurement in the past, present and future;
    c. physical impairment in the past, present and future;
    d. past, present, and future impairment of activities of daily living;
    e. medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages, as follows:

    a) Actual damages;
    b) Compensatory damages;
    c) Punitive damages;
    d) Pre-judgment and Post-judgment interest;
    e) Counsel fees in accordance with the Rules of Court;
    f) Costs of suit;
    g) What further relief the court deems necessary and appropriate, together with interest and costs of suit.

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## FOURTH COUNT (Breach of Warranty)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First through Third Counts of the Complaint as if set forth at length herein verbatim.

2. Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10 gave the Plaintiff express or implied warranties of fitness that the Product and its components were fit for the ordinary and specific purposes for which it was intended.

3. Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, breached the express or implied warranties of merchantability pursuant to the applicable State law because the Product was not fit for the ordinary or specific purposes for which it was intended, thus entitling the Plaintiff to compensation for her injuries.

4. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries:

   a. physical pain and mental anguish in the past, present and future;
   b. disfigurement in the past, present and future;
   c. physical impairment in the past, present and future;
   d. past, present, and future impairment of activities of daily living;
   e. medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10 individually, jointly or severally for damages, as follows:

   a) Actual damages;
   b) Compensatory damages;
   c) Punitive damages;

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

    d)    Pre-judgment and Post-judgment interest;

    e)    Counsel fees in accordance with the Rules of Court;

    f)    Costs of suit;

    g)    What further relief the court deems necessary and appropriate, together with interest and costs of suit.

### FIFTH COUNT (Common Law Fraud)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First through Fourth Counts of the Complaint as if set forth at length herein verbatim.

2. Defendants deception, misrepresentation, and concealment of safety information about the Product was to the Plaintiff's detriment and the Plaintiff suffered injury as a result.

3. The Plaintiff is therefore entitled to recover under theories of common law fraud.

4. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries:

    a.    physical pain and mental anguish in the past, present and future;

    b.    disfigurement in the past, present and future;

    c.    physical impairment in the past, present and future;

    d.    past, present, and future impairment of activities of daily living;

    e.    medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages, as follows:

    a)    Actual damages;

    b)    Compensatory damages;

    c)    Punitive damages;

    d)    Pre-judgment and Post-judgment interest;

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

e) Counsel fees in accordance with the Rules of Court;

f) Costs of suit;

g) What further relief the court deems necessary and appropriate, together with interest and costs of suit.

## SIXTH COUNT (Negligence)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First through Fifth Counts of the Complaint as if set forth at length herein verbatim.

2. Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10 owed the Plaintiff a duty to use reasonable care in the design, manufacture, marketing, sale, and distribution of the Product and its components.

3. Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10 knew or should have known that the components had a high risk of malfunction under normal conditions.

4. Defendants breached their duty to the Plaintiff by manufacturing, marketing, testing, and selling a defective and unreasonably dangerous product to her.

5. Plaintiff is therefore entitled to recover under common law theories of negligence, recklessness and intentional misconduct.

6. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries:

    a. physical pain and mental anguish in the past, present and future;
    b. disfigurement in the past, present and future;
    c. physical impairment in the past, present and future;
    d. past, present, and future impairment of activities of daily living;

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

  e. medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages, as follows:

  a) Actual damages;
  b) Compensatory damages;
  c) Punitive damages;
  d) Pre-judgment and Post-judgment interest;
  e) Counsel fees in accordance with the Rules of Court;
  f) Costs of suit;
  g) What further relief the court deems necessary and appropriate, together with interest and costs of suit.

### SEVENTH COUNT (Product Liability)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First through Sixth Counts of the Complaint as if set forth at length herein verbatim.

2. Plaintiff asserts this cause of action pursuant to NJSA 2A:58C-1 et. seq.

3. Defendants Dal-Tile and/or John Does 1-10 and/or XYZ Corps. 1-10 were the manufacturers and/or sellers of the Product that was not reasonably fit, suitable or safe for its intended purpose because it deviated from the design specifications, formulae or performance standards of the manufacturer.

4. Defendants Dal-Tile and/or John Does 1-10 and/or XYZ Corps. 1-10 were the manufacturers and/or sellers of the Product that was not reasonably fit, suitable or safe for its intended purpose because it deviated from otherwise identical units manufactured to the same manufacturing specifications or formulae.

-9-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

5. Defendants Dal-Tile and/or John Does 1-10 and/or XYZ Corps. 1-10 were the manufacturers and/or sellers of the Product that was not reasonably fit, suitable or safe for its intended purpose because it failed to contain adequate warnings or instructions.

6. Defendants Dal-Tile and/or John Does 1-10 and/or XYZ Corps. 1-10 were the manufacturers and/or sellers of the Product that was not reasonably fit, suitable or safe for its intended purpose because it was designed and effective manner deviated from the design specifications, formula or performance standards of the manufacturer.

7. As a direct and proximate result of the defective and unreasonably dangerous nature of the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10's Product, the Plaintiff Lori Paluszek has suffered or will suffer the following injuries.

    a. physical pain and mental anguish in the past, present and future;
    b. disfigurement in the past, present and future;
    c. physical impairment in the past, present and future;
    d. past, present, and future impairment of activities of daily living;
    e. medical expenses in the past, present, and future;

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants Dal-Tile Corporation and/or John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages, as follows:

    a) Actual damages;
    b) Compensatory damages;
    c) Punitive damages;
    d) Pre-judgment and Post-judgment interest;
    e) Counsel fees in accordance with the Rules of Court;
    f) Costs of suit;
    g) What further relief the court deems necessary and appropriate, together with interest and costs of suit.

-10-

DAVIS, SAPERSTEIN & SALOMON, P C
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

### EIGHTH COUNT (Ficticious Parties)

1. Plaintiff Lori Paluszek repeats each and every allegation of the First through Seventh Counts of the Complaint as if set forth at length herein verbatim.

2. At all times mentioned herein, the Defendants John Does 1-10 was an unknown person or persons whose actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by the Plaintiff Lori Paluszek.

3. At all times mentioned herein, the Defendants XYZ Corps. 1-10 was an unknown business, corporation and/or entity, whose agents, servant and/or employee's actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by the Plaintiff Lori Paluszek.

4. As a direct and proximate result of the carelessness, recklessness, and negligence of the Defendants John Does 1-10 and/or XYZ Corps. 1-10, the Plaintiff Lori Paluszek was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; and was and will in the future be unable to attend to her usual pursuits and occupations and was further damaged.

WHEREFORE, the Plaintiff Lori Paluszek demands judgment against the Defendants John Does 1-10 and/or XYZ Corps. 1-10 for damages, together with interest and costs of suit.

### NINETH COUNT (Loss of Consortium)

1. Plaintiff Robert Paluszek repeats each and every allegation of the First through Eighth Counts of the Complaint as if set forth at length herein verbatim.

2. Plaintiff Robert Paluszek is the spouse of Lori Paluszek, the injured Plaintiff.

-11-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

3.     As a direct and proximate result of the aforesaid injuries to the Plaintiff Lori Paluszek, the Plaintiff Robert Paluszek has been and will be deprived of the consortium and services of the said injured Plaintiff.

WHEREFORE, the Plaintiff Robert Paluszek demands judgment against the Defendants for such sum as would be reasonable and proper compensation in accordance with the laws of the State of New Jersey, together with interest and costs.

                                                    DAVIS, SAPERSTEIN & SALOMON, P.C.
                                                    Attorneys for Plaintiff(s)

Dated: June 6, 2022

                                                    BY:   Robert H. Baumgarten, Esq.
                                                              For the Firm

### JURY DEMAND

Plaintiffs demand a trial by jury on all issues raised in the various Counts of the Complaint.

### DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Evan D. Baker, Esq. as trial counsel in this matter.

                                                    DAVIS, SAPERSTEIN & SALOMON, P.C.
                                                    Attorneys for Plaintiff(s)

Dated: June 6, 2022

                                                    BY:   Robert H. Baumgarten, Esq.
                                                             For the Firm

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1(b)(1), <u>et seq.</u>, Plaintiff hereby demands that defendants answer Form "C" Uniform Set of Interrogatories of Appendix II and supplemental Form "C4", within the time prescribed by the Rules of Court.

Plaintiff reserves the right to propound additional supplemental Interrogatories pursuant to the Rules of Court.

## CERTIFICATION

I certify, pursuant to R.4:5-1, that to the best of my knowledge, information and belief at this time, the matter in controversy is not the subject matter of any other action pending in any other court, except the matter filed in the United States District Court entitled <u>Lori Paluszek, et. al. –v- Home Depot U.S.A., Inc., et. al.</u>, case number 2:22-cv-00659-KM-JRA, nor of any pending arbitration proceeding; that no other action or arbitration is contemplated; and that there are no other parties who should be joined in this action.

                                                                       DAVIS, SAPERSTEIN & SALOMON, P.C.
                                                                       Attorneys for Plaintiff(s)

                                                                       *Robert H. Baumgarten*

Dated: June 6, 2022

                                                                      BY:   Robert H. Baumgarten, Esq.
                                                                                 For the Firm

**ATLANTIC COUNTY**
Law Division, Direct Filing
Atlantic County Court House
1201 Bacharach Blvd. - 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL:
609-345-3444
LEGAL SERVICES:
609-348-4200

**BERGEN COUNTY**
Law Division, Civil Case Processing
119 Justice Center
10 Main Street
Hackensack, NJ 07601-7698
LAWYER REFERRAL:
201-488-0044
LEGAL SERVICES:
201-487-2166

**BURLINGTON COUNTY**
Superior Court, Law Division
Courts Facility - 1st Floor
Box 6555
Mt. Holly, NJ 08060
LAWYER REFERRAL:
609-261-4862
LEGAL SERVICES:
609-261-1088

**CAMDEN COUNTY**
Civil Processing Office
Hall of Justices - 1st Floor
501 Fifth Street
Camden, NJ 08103
LAWYER REFERRAL:
856-964-4520
LEGAL SERVICES:
856-964-2010

**CAPE MAY COUNTY**
Law Division, Direct Filing
Cape May Superior Court
4 Moore Road - DN203
Cape May Court House, NJ 08210
LAWYER REFERRAL:
609-463-0313
LEGAL SERVICES:
609-465-3001

**CUMBERLAND COUNTY**
Civil Case Management Office
Court House - Room 301
Broad & Fayette Streets
Box 866
Bridgeton, NJ 08302
LAWYER REFERRAL:
856-692-6207
LEGAL SERVICES:
852-451-0003

**ESSEX COUNTY**
Law Division, Direct Filing
Essex County Hall of Records
Room 237
Newark, NJ 07102
LAWYER REFERRAL
973-622-6207
LEGAL SERVICES
973-622-0063

**GLOUCESTER COUNTY**
Civil Case Management Office
Att: Intake
Court House - 1st Floor
One North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY**
Superior Court Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
201-798-2727
LEGAL SERVICES
201-792-6363

**HUNTERDON COUNTY**
Civil Division Office
Hall of Records
71 Main Street
Flemington, NJ 08822
LAWYER REFERRAL
908-735-6112
LEGAL SERVICES
908-782-7979

**MERCER COUNTY**
Mercer County Office of Deputy
Clerk
P.O. Box 8068
209 So. Broad Street
Trenton, NJ 08650
LAWYER REFERRAL
609-585-6200
LEGAL SERVICES
609-695-6249

**MIDDLESEX COUNTY**
Superior Court - Att: Law Division
Administration Bldg., 3rd Floor
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
732-828-0053
LEGAL SERVICES
732-249-7600

**MONMOUTH COUNTY**
Law Division, Direct Filing
Court House
71 Monmouth Park - West Wing
P.O. Box 1252
Freehold, NJ 07728-1252
LAWYER REFERRAL
732-431-5544
LEGAL SERVICES
732-502-0059

**MORRIS COUNTY**
Morris County Civil Division
Court House - Box 910
Morristown, NJ 07960
LAWYER REFERRAL
973-267-5882
LEGAL SERVICES
973-285-6911

**OCEAN COUNTY**
Law Division, Direct Filing
Court House - Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
732-240-3666
LEGAL SERVICES
732-341-2727

**PASSAIC COUNTY**
Passaic County Civil Div Office
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
973-278-9223
LEGAL SERVICES
973-523-2900

**SALEM COUNTY**
Law Division, Direct Filing
Court House
92 Market Street
P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
856-935-4629
LEGAL SERVICES
856-451-0003

**SOMERSET COUNTY**
Civil Division Office
Court House - 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
908-685-2323
LEGAL SERVICES
908-231-0840

**SUSSEX COUNTY**
Sussex County Civil Division
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
973-267-5882
LEGAL SERVICES
973-383-7400

**UNION COUNTY**
Deputy Clerk, Superior Court
Court House - Room 107
2 Broad Street
Elizabeth, NJ 07207-6703
LAWYER REFERRAL
908-353-4715
LEGAL SERVICES
908-354-4340

**WARREN COUNTY**
Warren County Civil Div. Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
908-267-5882
LEGAL SERVICES
908-475-2010